PHILIP LIPPS and Others v. OSCAR KIRSCH.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

PIERSON & Co., INC., v. NEDERLANDSCH-INDISCHE MAATSCHAPPIJ, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CARROLL TOWING Co., INC., v. ÆTNA INSURANCE COMPANY. CARROLL TOWING Co., INC., v. FRANKLIN FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of ISABEL F. CARTLEDGE, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ARCHIBALD DOUGLAS RUSSELL v. FRANK GATES PORTER, Sometimes Otherwise Known as F. GATES PORTER.— Motion granted and questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ALEXANDER OLIVER RIDDELL and Others v. GROSVENOR NICHOLAS & Co., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOHN CURRY, an Infant, etc., v. WATSON CONTRACTING COMPANY, Impleaded, etc. FRANK CURRY v. WATSON CONTRACTING COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Petition of HENRY D. CRUGER (In the Matter of ANNA T. BROWN, as Executrix, etc., of ALFRED M. BROWN, Deceased).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of ALICE L. GILBERT, Deceased, as Executrix, etc., of JANE MONCRIEF, Deceased, by CHARLES A. RUNK, as Executor, etc., of ALICE L. GILBERT, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of FRANK TRUMBULL, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ANTON R. W. KARLSON v. EVERETT W. FRAZAR and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WOODWARD-BROWN REALTY COMPANY v. THE CITY OF NEW YORK.— Motion granted and questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GEORGE T. BAUM v. ARTHUR H. LAMBORN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SIGMUND WECHSLER, as Sole Surviving Trustee, etc., v. JULIA G. BERNHEIMER and Others, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.